```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA

G.H., et al.                    :    CIVIL ACTION
                                :
        v.                      :
                                :
GREAT VALLEY SCHOOL DISTRICT    :    NO. 12-2735
```

AMENDED ORDER

AND NOW, this 20th day of May, 2013, upon consideration of the parties' cross-filed motions for judgment on the administrative record (Docket Nos. 8 and 9), and following an oral argument held on April 10, 2013,

IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that:

1) Plaintiffs' motion for judgment on the administrative record is DENIED.

2) Defendant's motion for judgment on the administrative record is GRANTED. Judgment is hereby entered in favor of the defendant and against the plaintiffs.

3) The Clerk shall mark this case as closed.

```
                              BY THE COURT:


                               /s/ Mary A. McLaughlin
                              MARY A. McLAUGHLIN, J.
```